# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00274-CR

**Larry Wigfield, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 3 OF WILLIAMSON COUNTY
### NO. 09-01438-3, HONORABLE TIMOTHY L. WRIGHT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Larry Wigfield filed a pro se notice of appeal in this cause. The record reflects that the cause was dismissed by the trial court on March 24, 2009, after Wigfield pleaded no contest in a companion case. There being no judgment, the appeal is dismissed.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Puryear and Henson

Dismissed for Want of Jurisdiction

Filed: June 17, 2009

Do Not Publish